UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACCESS NOW, INC., on behalf of its members; R. DAVID NEW; STEPHEN THEBERGE, and AUDRA DEPINA,<br><br>     Plaintiffs,<br><br> v.<br><br>THREDUP INC.,<br><br>     Defendant. | Civil Action No. 1:17-cv-11223-ADB<br><br>The Honorable Allison D. Burroughs |

## STIPULATION OF DISMISSAL

COMES NOW Plaintiffs Access Now, Inc., R. David New, Stephen Théberge, and Audra Depina, and Defendant, ThredUp Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1. This action shall be DISMISSED, with prejudice; and

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: April 2, 2018

Respectfully submitted,

*/s/ Jason M. Leviton*
Jason M. Leviton (BBO# 678331)
Block & Leviton LLP
155 Federal Street, Suite 400
Boston, MA 02110
Phone: (617) 398-5600
jason@blockesq.com

Kevin W. Tucker
Benjamin J. Sweet
Carlson Lynch Sweet Kilpela &
Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222

*/s/ Gregory F. Hurley*
Gregory F. Hurley
Sheppard Mullin Richter & Hampton LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Main: (714) 513-5100
ghurley@sheppardmullin.com

*Attorney for Defendant*

T. (412) 322-9243
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I, Jason M. Leviton, hereby certify that on April 2, 2018, I caused a true and correct copy of foregoing *Stipulation of Dismissal* to be filed electronically and served via the Court's ECF system.

Respectfully Submitted,

*/s/ Jason M. Leviton*
Jason M. Leviton (BBO# 678331)